**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| ABBIGAIL SILVA, | **Case No.: 7:26-cv-00141** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate al deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED on June 15, 2026

By: */s/ Landon T. Maxwell*
Landon T. Maxwell, AZ #038439
Consumer Justice Law Firm PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F: (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiff*
*Abbigail Silva*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Mari Cervantes*